413 A.2d 1131

Commonwealth v. Davis, Appellant.

 Submitted September 15, 1978. Taylor P. Andrews, Public Defender, for appellant; Edgar B. Bayley, Jr., District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.